926

for want of substantial federal question.

No. 84–342. FIRESIDE CHRYSLER-PLYMOUTH, MAZDA, INC., ET AL. v. EDGAR, SECRETARY OF STATE OF ILLINOIS, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 84–361. KEMPNER v. DEARBORN LOCAL 2077, CITY OF DEARBORN SUPERVISORY, TECHNICAL & PROFESSIONAL EMPLOYEES, AFSCME, AFL–CIO, ET AL. Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 84–5421. THOMPSON v. ARKANSAS SOCIAL SERVICES. Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question.

No. 84–315. LEVERSON v. CONWAY, COMMISSIONER, VERMONT DEPARTMENT OF MOTOR VEHICLES. Appeal from Sup. Ct. Vt. dismissed for want of substantial federal question. JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 83–2082. CROOKER v. UNITED STATES PAROLE COMMISSION. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Solicitor General's present interpretation of Fed. Rule Crim. Proc. 32 asserted in his brief filed October 3, 1984, on behalf of the Parole Commission.

No. 84–346. MINTZES, WARDEN v. WILSON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Strickland* v. *Washington*, 466 U. S. 668 (1984).

No. — — ——. TRANSIT CASUALTY CO. v. CAMP;
No. — — ——. WAKEFIELD v. HILTON ET AL.; and
No. — — ——. YACABUCCI v. YACABUCCI. Motions to direct the Clerk to file the petitions for writs of certiorari out of time denied.